JUNE 17, 2002

No. 01–1126.  MAYFIELD ET AL. *v.* TEXAS ET AL.;

No. 01–1196.  BALDERAS ET AL. *v.* TEXAS ET AL.;

No. 01–1225.  MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES *v.* TEXAS ET AL.;

No. 01–1242.  AMPS ET AL. *v.* TEXAS ET AL.; and

No. 00–1231.  SIMMONS, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS *v.* JOHNSTON.  C. A. 10th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKune* v. *Lile, ante,* p. 24.

No. 00–1397.  UAL CORP., DBA UNITED AIRLINES *v.* FIELDER.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National Railroad Passenger Corporation* v. *Morgan, ante,* p. 101.

No. 01–985.  MADISON *v.* IBP, INC.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *National Railroad Passenger Corporation* v. *Morgan, ante,* p. 101.

No. 01–1068.  HENDERSON *v.* GENERAL AMERICAN LIFE INSURANCE CO. ET AL.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Devlin* v. *Scardelletti, ante,* p. 1.

No. 01–1205.  O'CONNOR *v.* NORTHSHORE INTERNATIONAL INSURANCE SERVICES, INC., ET AL.  C. A. 1st Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Swierkiewicz* v. *Sorema* N. A., 534 U. S. 506 (2002).